# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marshall Gross, | No. CV-18-02103-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| CitiBank NA, et al., | |
| Defendants. | |

Pursuant to Plaintiff's Notice of Settlement as to Defendant Trans Union LLC Only (Doc. 19) and good cause appearing,

**IT IS ORDERED** this action will be dismissed with prejudice by the Clerk's Office without further notice on **October 29, 2018**, as to Defendant Trans Union LLC only, unless prior thereto a request for reinstatement on the Court's trial calendar is filed herein.

**IT IS FURTHER ORDERED** all pending deadlines are vacated as to Defendant Trans Union LLC, only.

Dated this 28th day of August, 2018.

Honorable Roslyn O. Silver
Senior United States District Judge