Sean K. McElenney, Esq. (#016987)
Gregory B. Iannelli, Esq. (#026549)
**BRYAN CAVE LEIGHTON PAISNER LLP**
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406
Telephone: (602) 364-7000
Facsimile: (602) 364-7070
Internet: skmcelenney@bclplaw.com
gregory.iannelli@bclplaw.com

Attorneys for Defendant CitiMortgage, Inc.

Bryan Cave Leighton Paisner LLP
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406
(602) 364-7000

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Marshall Gross,<br><br>Plaintiff,<br><br>vs.<br><br>CitiMortgage, Inc.; Equifax Information Services, LLC; Experian Information Solutions, Inc.; and TransUnion, LLC,<br><br>Defendants. | Case No. 2:18-cv-02103-ROS<br><br>**OFFER OF JUDGMENT**<br><br>Hon. Roslyn O. Silver |

Pursuant to Federal Rule of Civil Procedure 68, Defendant CitiMortgage, Inc. offers to allow judgment to be entered against itself and in favor of Plaintiff Marshall Gross, in the amount of $50,000.00, inclusive of all costs incurred to date, plus reasonable attorneys' fees to be decided by the Court after briefing pursuant to LRCiv 54.2.

DATED this 27th day of December, 2022.

BRYAN CAVE LEIGHTON PAISNER LLP

By s/ Gregory B. Iannelli
Sean K. McElenney
Gregory B. Iannelli
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406

Attorneys for Defendant CitiMortgage, Inc.

Bryan Cave Leighton Paisner LLP
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2022, I electronically transmitted the attached document to the following:

David A. Chami
Michael Yancey III
Nemer N. Hadous
Price Law Group, APC
8245 N. 85th Way
Scottsdale, AZ 85258
david@pricelawgroup.com
beth@pricelawgroup.com
michael@pricelawgroup.com
nick@pricelawgroup.com
Attorneys for Plaintiff

s/ Gregory B. Iannelli